AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Stephen Leonard, on behalf of himself and all others similarly situated<br>*Plaintiff(s)*<br>v.<br>Aftership Inc.<br>*Defendant(s)* | ) | Civil Action No. 26-cv-3630 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AFTERSHIP Inc.
C/O A REGISTERED AGENT, INC.
8 THE GREEN, STE A
DOVER, DE
19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See Attachment A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/14/2026

United States District Court For The District Of Maryland

Brian Ames

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-3630

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A TO SUMMONS**

*Stephen Leonard, et al. v. Aftership Inc.*

Lauren J. Kelleher (Bar No. 22134)
Neel K. Lalchandani (Bar No. 20291)
Andrew D. Freeman (Bar No. 03867)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
(410) 962-1030 Office
(410) 385-0869 Fax
lkelleher@browngold.com
nlalchandani@browngold.com
adf@browngold.com

Amanda J. Rosenberg* (Cal. Bar No. 278507)
Sophia G. Gold* (Cal. Bar No. 307971)
Kalielgold, PLLC
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
arosenberg@kalielgold.com
sgold@kalielgold.com

Jeffrey D. Kaliel* (D.C. Bar No. 983578)
Kalielgold, PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

*Motion for admission *pro hac vice* forthcoming as of September 14, 2026